**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-cv-81196-DMM/DLB**

**ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC,**

Plaintiff,

v.

**CLARINS U.S.A., INC,**

Defendant.
_____________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Electronic Communication Technologies, LLC hereby files this Notice of Voluntary Dismissal with Prejudice as to the Complaint [DE 1], filed against Defendant CLARINS U.S.A., INC. This cause has been resolved between the parties, each party bearing its own attorneys' fees and costs.

Dated: September 22, 2016

Respectfully submitted,

By: s/Peter A. Koziol

Peter A. Koziol (FBN 030446)
pak@assoulineberlowe.com
Eric N. Assouline (FBN 106143)
ena@assoulineberlowe.com
Greg M. Popowitz (FBN 70313)
gmp@assoulineberlowe.com
**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160
Boca Raton, Florida 33431
Telephone: (561) 361-6566
Facsimile: (561) 361-6466

***Attorneys for Plaintiff,***
***Electronic Communication Technologies, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or some other authorized manner.

By: s/ *Peter A. Koziol*
Peter A. Koziol

**SERVICE LIST**

***Electronic Communication Technologies, LLC v. Clarins U.S.A., Inc.***
**CASE NO: 9:16-cv-81196-DMM/DLB**
**United States District Court, Southern District of Florida**

Steven I. Peretz
speretz@pch-iplaw.com
Michael B. Chesal
mchesal@pch-iplaw.com
Alberto Alvarez
aalvarez@pch-iplaw.com
Peretz Chesal & Herrmann, P.L.
2 S. Biscayne Blvd., Suite 3700
Miami, FL 33131

*Attorneys for,*
*Defendant Clarins U.S.A., Inc.*