**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-81196-CV-MIDDLEBROOKS**

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

Plaintiff,

v.

CLARINS U.S.A., INC,

Defendant.
_____________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice as to the Complaint filed against Defendant Clarins U.S.A., Inc., filed on September 22, 2016. (DE 23). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 27 day of September, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record